McCARTHY, Appellant, v. TIMM, et al, Respondent.

(268 N. W. 108.)

(File No. 7919.   Opinion filed June 29, 1936.)

*D. H. Lloyd*, of Flandreau, for Appellant.
*Louis H. Smith*, of Sioux Falls, for Appellees.

PER CURIAM. Certified copies of notice of appeal and undertaking on appeal in the above-entitled cause were filed with the clerk of this court on the 24th day of January, 1936. Since said date, the appellant has not filed his brief nor taken any other steps whatever to prosecute such appeal. This being the case, such appeal is deemed to have been abandoned, and the orders from which the appeal is attempted to be taken are affirmed.

All the Judges concur.